**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| GARY deWILLIAMS, | ) | No. ED CV 17-00356-GW (PLA) |
| Plaintiff, | ) ) ) | **ORDER ACCEPTING MAGISTRATE JUDGE'S (1) INTERIM REPORT AND RECOMMENDATION RE: DEFENDANT BRIAN WEBSTER'S MOTION TO DISMISS (ECF No. 164), AND (2) FINAL REPORT AND RECOMMENDATION (ECF No. 215)** |
| v. | ) ) ) | |
| R. GROVES, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, the Magistrate Judge's Interim Report and Recommendation Re: Defendant Brian Webster's Motion to Dismiss ("Interim Report and Recommendation") (ECF No.164) and plaintiff's objections to the Interim Report and Recommendation (ECF Nos. 169, 170), and the Magistrate Judge's Final Report and Recommendation (ECF No. 215). The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Interim Report and Recommendation (ECF No. 164) and the Final Report and Recommendation (ECF No. 215) are accepted.

2. Defendant Webster's Motion to Dismiss (ECF No. 122) is granted and the First Amended Complaint is dismissed without leave to amend and with prejudice as to defendant Webster.

3. Defendant Odell's Motion to Dismiss (ECF No. 178) is granted and the First Amended Complaint is dismissed without further leave to amend and with prejudice as to defendant Odell.

4. Defendant Groves' Motion for Summary Judgment (ECF No. 171) is granted and the First Amended Complaint is dismissed against defendant Groves without prejudice for failure to exhaust administrative remedies.

5. Judgment shall be entered consistent with this Order.

6. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: July 14, 2020

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

2