JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| GARY deWILLIAMS, ) | No. ED CV 17-00356-GW (PLA) |
| Plaintiff, ) | **JUDGMENT** |
| v. ) | |
| R. GROVES, et al., ) | |
| Defendants. ) | |

Pursuant to the "Order Accepting Magistrate Judge's (1) Interim Report and Recommendation . . . (ECF No. 164), and (2) Final Report and Recommendation (ECF No. 215),"

IT IS ADJUDGED that this action is dismissed without further leave to amend and with prejudice as to defendant Webster and defendant Odell, and dismissed as to defendant Groves without prejudice for failure to exhaust administrative remedies.

DATED: July 14, 2020

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE